G. A. BERNHEIMER CO., INC., ET AL. *v.* UNITED STATES

**No. 6679.**—Invoices dated London, England, August 18, 1944, etc.
Entered at New York, N. Y., October 11, 1944, etc.
Entry No. 708752, etc.

(Decided December 27, 1946)

*John D. Rode* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, involve the question of whether or not the so-called British purchase tax should be included as a part of the dutiable values of the merchandise. Counsel for the respective parties have agreed that the issues herein and the issues in *United States* v. *Pitcairn,* C. A. D. 334, are similar in all material respects, and the record in the latter case has been admitted in evidence in this case.

Upon the facts as established, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

COMO MERCHANDISE CORP. *v.* UNITED STATES

**No. 6680.**—Invoice dated Halifax, England, June 7, 1941.
Certified June 19, 1941.
Entered at New York, N. Y., August 7, 1941.
Entry No. 3021.

(Decided December 27, 1946)

*John D. Rode* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): This appeal for reappraisement of various items of merchandise concerns the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. 1940 ed. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

The cited case was incorporated herein by consent of the parties who further agree on a set of facts, embodied in a written stipulation submitting the present case, showing export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)), to be the proper basis for appraisement of the instant merchandise, and that such statutory values are the appraised values of the articles in question, less the 33⅓ per centum advance for tax.